IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

VICKIE MCGILL,

    Plaintiff,

v.    Case No. 4:11-cv-00941-NKL

FINANCIAL ASSET MANAGEMENT
SYSTEMS, INC.,

    Defendant.

## STIPULATION OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT

COME NOW Plaintiff and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, to agree and stipulate to the dismissal with prejudice of all claims of Plaintiff against Defendant. Each party further agrees to bear its own attorneys' fees and costs.

Respectfully submitted by:

| The Consumer Law Center<br>of Kansas City, LLC | Baker Sterchi Cowden & Rice, L.L.C., |
|---|---|
| By:   */s/ Larry A. Pittman, II*<br>Larry A. Pittman, II (MO# 55146)<br>818 Grand Blvd., Suite 600<br>Kansas City, Missouri 64106<br>(816) 581-3900 phone<br>(816) 581-3909 fax<br>lpittman@clckc.com<br>**COUNSEL FOR PLAINTIFF** | By:   */s/ John W. Cowden*<br>John W. Cowden MO # 21447<br>2400 Pershing Road, Ste. 500<br>Kansas City, Missouri 64108-2533<br>T: (816) 448-9347 (Direct)<br>F: (816) 472-0288<br>cowden@bscr-law.com<br>**LOCAL COUNSEL FOR DEFENDANT** |