IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
JEFFERSON CITY DIVISION

| | |
|---|---|
| VICKIE McGILL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 11-00941-CV-W-NKL ) |
| FINANCIAL ASSET MANAGEMENT SYSTEMS, INC., | ) ) ) |
| Defendant. | ) ) ) ) |

**JUDGMENT IN A CIVIL CASE**

☐ Jury Verdict. This action came before the Court for a trial by jury.

☒ Decision by Court. This action came to trial or hearing before the Court. The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED approving the parties' Stipulation of dismissal (doc. 10) and the Court dismisses with prejudice all claims by Plaintiff against Defendant pursuant to the Order entered by the Honorable Nanette Laughrey on 11/22/2011.

AT THE DIRECTION OF THE COURT

Dated: 11/22/2011

 Ann Thompson
Court Executive

 /s/Joella Baldwin
By: Deputy Clerk